No. 520.   HISS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert M. Benjamin, Harold Rosenwald* and *Chester T. Lane* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Philip R. Monahan* for the United States. ■■■■■■■■■■

No. 528.   MOFFETT *v.* ARABIAN AMERICAN OIL CO., INC., FORMERLY KNOWN AS CALIFORNIA ARABIAN STANDARD OIL CO., INC.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BLACK is of the opinion certiorari should be granted.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *William Power Maloney* and *Raymond N. Beebe* for petitioner.   *Joseph M. Proskauer* for respondent. ■■■■■■■■■
■■

No. 532.   OTTLEY *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co.   Supreme Court of Missouri.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   *Guy W. Green* for petitioner.   *C. H. Skinker, Jr.* for respondent. ■■■■■
■■■■■■■■■■